Dan C. BOECHLER, Petitioner,

v.

DEPARTMENT OF the INTERIOR,
Respondent.

No. 2009–3003.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2008.

David C. Thompson, Grand Forks, ND,
for Petitioner.

Scott D. Austin, Department of Justice,
Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the
required Statement Concerning Discrimi-
nation, it is

ORDERED that the petition for review
be, and the same hereby is, DISMISSED,
for failure to prosecute in accordance with
the rules.